IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| **MARY LOU BEIGEL** | * | 2002 MAY 28 P 2: 02 |
| Plaintiff | * | CLERK'S OFFICE AT BALTIMORE |
| v. | * | Civil Action No.: JFM-02-CV-1625 |
| **UNUM PROVIDENT CORPORATION** d/b/a **PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY** and **THE PAUL REVERE LIFE INSURANCE COMPANY** | * * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon the foregoing Joint Motion for Stay of Proceedings, it is this _28th_ day of May, 2002, ORDERED:

1. That all proceedings in this matter be stayed for six months or until November 11, 2002 in order to permit the completion of the review of the Plaintiff's appeal and the issuance of a final decision by the claims administrator.

2. That the parties are hereby directed to submit a joint status report to the Court as to the progress of that effort on or before September 16, 2002.

_____
Judge, United States District Court
For the District of Maryland

(B0262876.WPD;1)