# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF  
J. FREDERICK MOTZ  
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET  
BALTIMORE, MARYLAND 21201  
(410) 962-0782  
(410) 962-2698 FAX

April 29, 2003

Memo To Counsel Re: Mary L. Beigel v. Unum Provident Corporation  
Civil No. JFM-02-1625

Dear Counsel:

I am in receipt of Mr. Brown's letter of April 21, 2003.

Please provide me with a further status report on or before June 30, 2003.

Very truly yours,

/s/

J. Frederick Motz  
United States District Judge