UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

June 23, 2003

Memo To Counsel Re: Mary L. Beigel v. Unum Provident Corporation
Civil No. JFM-02-1625

Dear Counsel:

I am in receipt of the status report submitted by Mr. Brown dated June 20, 2003.

Please provide me with a further status report on or before September 30, 2003.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge