## BROWN, BROWN & BROWN, P.A.

*Attorneys at Law*
**200 SOUTH MAIN STREET**
**BEL AIR, MARYLAND 21014**

A Professional Association of
Trial, Business and Personal Lawyers

October 3, 2003

T. CARROLL BROWN
AUGUSTUS F. BROWN
ALBERT J.A. YOUNG

HAROLD DOUGLAS NORTON
JACQUELINE A. DELISLE
DAVID E. CAREY

A. FREEBORN BROWN (1915-1998)

PARALEGAL STAFF:

SANDRA K. WHEELER
JENNY M. YOUNG
GINA CATANIA-PIMENTEL

410-838-5500
410-879-2220
410-893-0402 - FAX

The Honorable Frederick Motz
United States District Court for the District of Maryland
101 West Lombard Street
Baltimore, MD 21201

      RE: *Mary L. Beigel v. Unum Provident Corporation*
         *Civil Case No. JFM-02-CV-1625*

Dear Judge Motz:

  Pursuant to your request, I am filing this status report outlining the current status of the above matter.

  Jennifer A. Briggs, Senior Customer Care Specialist, has been our contact person at The Paul Revere Life Insurance Company, which is a subsidiary of Unum Provident Corporation. Ms. Briggs has taken a leave of absence and Katie Heselton is the Customer Care Specialist currently assigned to Ms. Beigel's case.

  On September 5, 2003, we received a letter from Ms. Heselton advising that UNUMProvident has reopened Ms. Beigel's case and determined that she is entitled to disability benefits for the period from October 12, 1998 through September 12, 2003. UNUMProvident has already issued the checks representing the unpaid benefits. Accordingly, the dispute over past disability benefits due Ms. Beigel has been resolved and we anticipate filing a Joint Motion to Dismiss this case.

  The Defendant is currently evaluating whether it is willing to contribute to our attorneys fees, under 29 U.S.C. § 1132(g) (Employee Retirement Income Security Act of 1974). Once this issue of has been resolved, we anticipate this case will be dismissed.

  At this time, because the issue of attorneys fees is still outstanding, we request that this case continue in its present status and remain stayed on the docket in order for the parties to resolve this latest issue.

  Appreciating your cooperation, I am

Sincerely,


Augustus F. Brown

AFB:mlg
cc:     Ms. Mary Lou Beigel
        J. Snowden Stanley, Esquire