IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| **MARY LOU BEIGEL** | * |
| **Plaintiff** | * |
| v. | *   Civil Action No.:  JFM-02-CV-1625 |
| **UNUM PROVIDENT CORPORATION** d/b/a **PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY** and **THE PAUL REVERE LIFE INSURANCE COMPANY** | * |
| **Defendant** | * |

\* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION OF DISMISSAL

The Plaintiff and Defendants, by their undersigned counsel, hereby stipulate and agree that the above-referenced matter shall be dismissed with prejudice as to all claims against the Defendant up to and including October 12, 2003, and without prejudice as to any claims which may arise thereafter.

| | |
|---|---|
| /s/ | /s/ |
| Augustus F. Brown (Bar No. 00487) | J. Snowden Stanley, Jr. (Bar No.: 00059) |
| Brown, Brown & Brown, P.A. | Semmes, Bowen & Semmes |
| 200 South Main Street | 250 W. Pratt Street |
| Bel Air, Maryland 21014 | Baltimore, Maryland 21201 |
| (410) 838-5500 | (410) 539-5040 |
| Attorneys for the Plaintiff | Attorneys for the Defendants |

### O R D E R

The foregoing Stipulation is hereby approved.

_____
Judge, United States District Court
For the District of Maryland

(B0371299.WPD;1): 15114-104: 11/03/03: ver. 1.0